**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| TYLER LIVINGSTON and DONALD VEACH, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AVIS BUDGET GROUP, INC., AVIS RENT A CAR SYSTEM, LLC, and BUDGET RENT A CAR SYSTEM, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-05203-SDW-MAH<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

This stipulation is between Plaintiffs Tyler Livingston and Donald Veach and Defendants Avis Budget Group, Inc., Avis Rent a Car System, LLC, and Budget Rent A Car System, Inc. Plaintiffs and Defendants are collectively referred to herein as the "Parties." Having conferred, counsel for the Parties agree as follows:

**WHEREAS**, on April 17, 2024, Plaintiffs filed the Class Action Complaint ("Complaint") initiating the instant case (ECF No. 1);

**WHEREAS**, the Parties have met and conferred, and Defendants have explained their intent to file both (1) a Motion to Compel Arbitration ("MTCA") and (2) if necessary, a motion under Fed. R. Civ. P. 12;

**WHEREAS**, to conserve the Parties' and the Court's resources, the Parties have agreed to phase briefing for the aforementioned motions and have agreed to preserve Defendants' defenses and Defendants' right to file a motion under Fed. R. Civ. P. 12 (or otherwise respond to the Complaint) at a later date following the Court's resolution of the MTCA;

**WHEREAS**, the Parties have further agreed to a briefing schedule that takes into account counsel's pre-existing commitments; and

**WHEREAS**, no extensions have been previously granted in this action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, as follows:

1. Defendants shall have until June 17, 2024 to file a MTCA without waiving their defenses and while preserving their right to file a separate motion under Fed. R. Civ. P. 12 (or otherwise respond to the Complaint) at a later date following the Court's resolution of the MTCA.

2. The briefing schedule on Defendants' anticipated MTCA shall be as follows:

   a) Defendants' MTCA shall be due on June 17, 2024;

   b) Plaintiffs' Opposition shall be due on July 29, 2024;

   c) Defendants' Reply shall be due on August 19, 2024;

3. Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

Respectfully Submitted this 13th day of May 2024, by:,

SAUDER SCHELKOPF LLC

By:   s/ Matthew D. Schelkopf
   Matthew D. Schelkopf

Matthew D. Schelkopf (030362002)
Joseph G. Sauder (030791998)
Joseph B. Kenney (085582013)
Juliette T. Mogenson (456862023)
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0581
mds@sstriallawyers.com

*Attorneys for Plaintiffs*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:   s/ Alison R. Benedon
   Alison R. Benedon (202172017)

Randall S. Luskey (*pro hac vice*
forthcoming)
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
535 Mission Street
San Francisco, CA 94105
(628) 432-5100

Alison R. Benedon (202172017)
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

Paul Brachman (*pro hac vice* forthcoming)
Jordan E. Orosz (*pro hac vice* forthcoming)
Anna P. Lipin (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

*Attorneys for Defendants*

**SO ORDERED**

This 13th day of May 2024

---

The Hon. Susan D. Wigenton
United States District Judge

3

## CERTIFICATE OF SERVICE

I, Alison R. Benedon, certify that on May 13, 2024, I electronically filed the attached Stipulation and Proposed Order using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

s/ Alison R. Benedon
Alison R. Benedon

4