**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TYLER LIVINGSTON and DONALD VEACH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AVIS BUDGET GROUP, INC., AVIS RENT A CAR SYSTEM, LLC, and BUDGET RENT A CAR SYSTEM, INC.,<br><br>　　　　Defendants. | Case No.: 2:24-cv-05203-SDW<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　Plaintiffs Tyler Livingston and Donald Veach hereby give notice of the voluntary dismissal of their claims against Defendants Avis Budget Group, Inc., Avis Rent a Car System, LLC, and Budget Rent a Car System, Inc. (collectively "Defendants") without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not filed an answer or a motion for summary judgment.

Dated: July 22, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　*/s/ Matthew D. Schelkopf*
　　　　　　　　　　　　　　　　　　　　　　Matthew D. Schelkopf
　　　　　　　　　　　　　　　　　　　　　　**SAUDER SCHELKOPF LLC**
　　　　　　　　　　　　　　　　　　　　　　1109 Lancaster Avenue
　　　　　　　　　　　　　　　　　　　　　　Berwyn, PA 19312
　　　　　　　　　　　　　　　　　　　　　　Tel: 888-711-9975
　　　　　　　　　　　　　　　　　　　　　　mds@sstriallawyers.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

SO ORDERED.

*/s/ Susan D. Wigenton*

Hon. Susan D. Wigenton
United States District Judge
Dated: July 23, 2024

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that on July 22, 2024, I caused the foregoing to be filed using the Court's NextGen system, thereby electronically serving it upon all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf